MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: DOWLA JILL MALIN

#1538

CASE NUMBER: 08-34707:

PLEASE CHECK ONE:

☐ UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Woodwinds Health Campus<br>NW 8947<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | 8 | $100.94 | $1.85 |

DATE 11/23/09

_____
TRUSTEE

DISTRIBUTION:
Original to Clerk of Court

**PATTI J. SULLIVAN**
**UNITED STATES CHAPTER 7 PANEL TRUSTEE**
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

November 23, 2009

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   Dowla Jill Malin
      Bankruptcy Case No: 08-34707

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 111 in the amount of $1.85 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS:pamc

Enclosures